FILED
DEC 14 2010
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANTHONY GUILLERM MORA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>S.A. HOLENCIK, WARDEN,<br><br>　　　　Respondent. | Case No. CV 10-5750-CAS (MLG)<br><br>ORDER ACCEPTING AND ADOPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the petition and all of the records and files and has conducted a de novo review of that portion of the Report and Recommendation of the United States Magistrate Judge to which objections were filed. The Court accepts and adopts the findings and recommendations in the Report and Recommendation and orders that judgment be entered dismissing the petition with prejudice.

Dated: December 14, 2010

　　　　　　　　　　　　　　　　　　　　_Christina A. Snyder_
　　　　　　　　　　　　　　　　　　　　Christina A. Snyder
　　　　　　　　　　　　　　　　　　　　United States District Judge