JS-6/ENTER

**FILED**
DEC 14 2010
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

ANTHONY GUILLERM MORA,                ) Case No.  CV 10-5750-CAS (MLG)
          Petitioner,                 )
                                      )           JUDGMENT
     v.                               )
                                      )
S.A. HOLENCIK, WARDEN,                )
                                      )
          Respondent.                 )
_____)

   IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated: December 14, 2010

                                   Christina A. Snyder
                                   United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
DEC 14 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY